UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ben Woodside and Ray Kvalvog,<br><br>Plaintiffs,<br><br>v.<br><br>Tri State Solutions, LLC a Delaware limited liability company; Rah Rah Solutions, LLC, a Delaware limited liability company; David Nelson; Great Point Capital, LLC, a Delaware limited liability company; Brady Thomas Lipp; and Joseph Jackson Ransdell,<br><br>Defendants. | Case File No. 26-CV-00012-ARS<br><br><br>**DEFENDANT GREAT POINT CAPITAL, LLC'S NOTICE OF WITHDRAWAL OF REMOVAL** |

Defendant Great Point Capital, LLC ("GPC") seeks to withdraw is removal of this matter as follows:

1. Plaintiffs' North Dakota District Court Complaint in this matter was served on GPC on December 19, 2025.

2. GPC removed this matter to this Court on January 16, 2026 by filing its Notice of Removal [Doc 1].

3. GPC now seeks to withdraw this removal.

4. GPC has consulted with counsel for Plaintiffs, who do not object to the withdrawal of this removal.

5. GPC respectfully requests that the Court enter an order accordingly.

|  |  |
|---|---|
| Dated: January 28, 2026 | **GORDON REES SCULLY MANSUKHANI LLP** |
|  | <u>*/s/ Ellen Brinkman*</u><br>Ellen Brinkman (#07439)<br>80 S. 8th Street, Suite 3850<br>Minneapolis, MN 55402<br>(612) 351-5969<br>ebrinkman@grsm.com |
|  | *Attorney for Defendant*<br>*Great Point Capital, LLC* |