# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ben Woodside and Ray Kvalvog, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Tri State Solutions, LLC, a Delaware )<br>limited liability company; Rah Rah )<br>Solutions, LLC, a Delaware limited liability )<br>company; David Nelson; Great Point )<br>Capital, LLC, a Delaware limited liability )<br>company; Brady Thomas Lipp; and Joseph )<br>Jackson Ransdell, )<br>)<br>Defendants. ) | Case No. 3:26-cv-12<br><br>**ORDER** |

Plaintiff initiated this action in Cass County District Court on December 19, 2025. On January 16, 2026, defendants removed the action to this court pursuant to 28 U.S.C. § 1331. (Doc. 1).

On January 28, 2026, defendants filed a notice of withdrawal of removal and requested this court remand the matter to state court. (Doc. 7). Defendants state plaintiffs do not object to the motion. Accordingly, defendants' motion is **GRANTED** and the case shall be remanded to the Cass County District Court.

**IT IS SO ORDERED**.

Dated this 29th day of January, 2026.

/s/ Alice R. Senechal
Alice R. Senechal
United States Magistrate Judge